# EXHIBIT 7

NOTICE OF LEASE OF REAL PROPERTY CONVEYING INTERESTS IN AND TO
TONY L. JACOBS, JR.

| | |
|---|---|
| THE STATE OF TEXAS | X |
| | X |
| | X |
| | X |
| COUNTY OF SAN SABA | X |

Notice is hereby given that there exists a certain valid and enforceable lease agreement between Tony L. Jacobs, Jr. and Janie Jacobs and Tony L. Jacobs, Jr. concerning the attached described real property. The agreement conveys certain interests in and to the property to Tony L. Jacobs, Jr.

Subscribed and sworn to before me on this _12_ day of _May_ 2009, by _Tony L Jacobs_. State of Texas, County of Williamson _____ Notary

Executed this _α_ day of April, 2009.

_JAnie Jacobs_

JAMES R. JONES
MY COMMISSION EXPIRES
May 18, 2011

TONY L. JACOBS, SR., Lessor

4-1-09
JANIE JACOBS, Lessor

Executed this ___ day of April, 2009.

4-1-09
TONY L. JACOBS, Jr., Lessee

SUBSCRIBED BEFORE ME this ____ day of April, 2009 by Tony L. Jacobs, Sr. and Janie Jacobs.

_____
Notary Public, State of Texas

SUBSCRIBED BEFORE ME this ____ day of April, 2009 by Tony L. Jacobs, Jr.

_____
Notary Public, State of Texas

VOL. 310 PAGE 041

EXHIBIT A

Fieldnotes of a survey of:

150.00 acres of land in Gustavus Bunson Survey #541½, Abst.#34, San Saba County, Texas, 75.75 acres of land of which is in the First Tract described in deed from William Tom Taff, et ux, to Helen V. Miller, Jack T. Taff, and John L. Taff by deed dated August 19, 1980, and recorded in Vol. #171, page #1, San Saba County Deed Records, and 74.25 acres of which is in the Second Tract described in said deed recorded in Vol. #171, page #1, San Saba County Deed Records.

BEGINNING at an iron stake and corner post located at the SW corner of the S.A. Wilson Survey #541 and the most northerly NW corner of said Gustavus Bunson Survey #541½.

THENCE S 0°07' W 1671.1 ft. along a fence line representing the west line of said Survey #541½ to an iron stake and corner post.

THENCE S 3°44' E 614.2 ft. along a fence line to a point located in the center of a public road. Said point is located 15 ft. S 3°44' E of an iron stake and corner post.

THENCE along the center of said public road as follows:
N 75°19' E 318.3 ft. to a point located 19 ft. South of an iron stake;
N 89°21' E 223.5 ft. to a point located 22 ft. S 9° W of an iron stake;
S 76°04' E 709.8 ft. to a point located 13 ft. S 13° W of an iron stake;
S 80°04' E 444.6 ft. to a point located 14 ft. S 7° W of an iron stake;
S 82°38' E 397.1 ft. to a point located 20 ft. S 15° E of an iron stake;
N 66°16' E 569.5 ft. to a point located 16 ft. S 35° E of an iron stake;
N 51°45' E 354.7 ft. to a point located 15 ft. S 40° E of an iron stake;
N 54°27' E 377.0 ft. to a point located 15 ft. S 43° E of an iron stake; and
N 47°32' E 601.6 ft. to a point located 15.2 ft. S 55°45' E of an iron stake.

THENCE N 55°45' W 2529.8 ft. to an iron stake and corner post located at the SE corner of said Survey #541 and an inside corner of said Survey #541½.

THENCE N 89°57' W 1547.9 ft. along a fence line to the place of beginning and containing 150.00 acres of land, 2.29 acres of which is in a public road, leaving 147.71 acres not encroached upon.

* * * * * * * * * * *

I, Jim Needham, Registered Public Surveyor of Texas, do hereby certify that the above fieldnotes are true and correct and that they represent a survey made on the ground, this the 20th day of September, 1983.

*Jim Needham*

NEEDHAM SURVEYORS - Coleman, Texas

FILED AND RECORDED June 23, 2009
COUNTY CLERK, SAN SABA COUNTY, TEXAS

VOL. 310 PAGE 042

THE STATE OF TEXAS

COUNTY OF SAN SABA

I, KIM WELLS, COUNTY CLERK IN AND FOR SAN SABA COUNTY, TEXAS DO HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY: NOTICE OF LEASE OF REAL PROPERTY CONVEYING INTERESTS IN AND TO TONY L. JACOBS, JR.

TONY L. JACOBS SR., JEANIE JACOBS, AND TONY L. JACOBS. JR.

AS RECORDED IN VOLUME 310 PAGE 041-042 OF THE OFFICIAL PUBLIC RECORDS OF SAN SABA COUNTY, TEXAS.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE THIS 9TH DAY OF JANUARY, A.D., 2013.

*Kim Wells*
KIM WELLS, COUNTY CLERK
OF SAN SABA COUNTY, TEXAS

BY *Pat F aug* 
DEPUTY CLERK