**EXHIBIT 8**

Celtic/Jacobs
San Saba County

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## Foreclosure Sale Deed

Date: December 4, 2012

Deed of Trust ("Deed of Trust")

    Date: March 27, 2009

    Grantor(s): Jacobs & Son Enterprises, Inc., Tony L. Jacobs and Janie S. Jacobs

    Original Beneficiary: Celtic Bank Corporation

    Current Beneficiary: Celtic Bank Corporation

    Trustee: Celtic Bank Corporation

    Substitute Trustee: Martin J. Lehman, Alan S. Leibel, Christopher J. Parvin, Robert D. Hemphill, Juanita Cox, Jimmy Brewer, Jason Brewer, Bob Lee, Janae Urbanczyk, Juanita Strickland, Anna Stewart, Steven Simmons or any of them acting alone.

    Recording information: San Saba County, Texas; Volume 308, Page 744
                                 Williamson County, Texas; Document No. 2009022364

    Property: See attached Exhibit A.

Note Secured by Deed of Trust ("Note")

    Date: March 27, 2009

    Maker(s): Jacobs & Son Enterprises, Inc.

    Original Principal Amount: $1,726,000.00

    Original Payee: Celtic Bank Corporation

    Current Holder: Celtic Bank Corporation

Date of Sale of Property (first Tuesday of month):  Tuesday, December 4, 2012

Buyer: Celtic Bank Corporation

Buyer's Mailing Address: Celtic Bank Corporation, Attn: Bradley Bybee, 268 South State Street, Suite 300, Salt Lake City, Utah 84111

Amount of Sale: $650,000.00

The Note either matured by its terms, or the maturity of the Note was accelerated following any applicable notices. All applicable notices concerning the Note and the foreclosure sale were given as required by applicable law.

Written notice of the foreclosure sale was posted at the courthouse door of the county in which the Property is situated, and a copy of the notice was also filed with the Court Clerk of the county in which the property is situated. Each notice has been posted and filed for at least 21 days preceding the date of the foreclosure sale. The sale was conducted at the time and place as provided by applicable law.

In consideration of the premises and of the bid and payment of the amount of $650,000.00 the highest bid by Buyer, Substitute Trustee, by virtue of the authority conferred in the Deed of Trust, has granted, sold, and conveyed all of the Property to Buyer and Buyer's heirs and assigns, to have and to hold the Property, together with the rights, privileges, and appurtenances thereto belonging unto Buyer and Buyer's heirs and assigns forever.

Substitute Trustee does hereby bind Grantors and Grantors' heirs and assigns to warrant and forever defend the Property to Buyer and Buyer's heirs and assigns forever, against the claim or claims of all persons claiming the same or any part thereof.

Executed on December 6, 2012

_____
Martin J. Lehman
Substitute Trustee

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Martin J. Lehman, as Substitute Trustee, known to me to be the person whose name is subscribed to the foregoing instrument, and who acknowledged to me that Substitute Trustee executed the same for the purposes and consideration therein expressed and in the capacity therein stated.

Given under my hand and seal of office this 6th day of <u>December, 2012</u>.



_Barbara Mack_
Notary Public, State of Texas

PREPARED IN THE OFFICE OF AND AFTER RECORDING RETURN TO:
Palmer & Manuel, LLP
8350 North Central Expressway; Suite 1111
Dallas, Texas 75206

# EXHIBIT "A"

**TRACT TWO:**

150.00 acres of land in Gustavus Bunson Survey #541½, Abst.#34, San Saba County, Texas, 75.75 acres of land of which is in the First Tract described in deed from William Tom Taff, et ux, to Helen V. Miller, Jack T. Taff, and John L. Taff by deed dated August 19, 1980, and recorded in Vol. #171, page #1, San Saba County Deed Records, and 74.25 acres of which is in the Second Tract described in said deed recorded in Vol. #171, page #1, San Saba County Deed Records.

BEGINNING at an iron stake and corner post located at the SW corner of the S.A. Wilson Survey #541 and the most northerly NW corner of said Gustavus Bunson Survey#541½.

THENCE S 0°07' W 1671.1 ft. along a fence line representing the west line of said Survey #541½ to an iron stake and corner post.

THENCE S 3°44' E 614.2 ft. along a fence line to a point located in the center of a public road. Said point is located 15 ft. S 3°44' E of an iron stake and corner post.

THENCE along the center of said public road as follows:
N 75°19' E 318.3 ft. to a point located 19 ft. South of an iron stake;
N 89°21' E 223.5 ft. to a point located 22 ft. S 9° W of an iron stake;
S 76°04' E 709.8 ft. to a point located 13 ft. S 13° W of an iron stake;
S 80°04' E 444.6 ft. to a point located 14 ft. S 7° W of an iron stake;
S 82°38' E 397.1 ft. to a point located 20 ft. S 15° E of an iron stake;
N 66°16' E 569.5 ft. to a point located 16 ft. S 35° E of an iron stake;
N 51°45' E 354.7 ft. to a point located 15 ft. S 40° E of an iron stake;
N 54°27' E 377.0 ft. to a point located 15 ft. S 43° E of an iron stake; and
N 47°32' E 601.6 ft. to a point located 15.2 ft. S 55°45' E of an iron stake.

THENCE N 55°45' W 2529.8 ft. to an iron stake and corner post located at the SE corner of said Survey #541 and an inside corner of said Survey #541½.

THENCE N 89°57' W 1547.9 ft. along a fence line to the place of beginning and containing 150.00 acres of land, 2.29 acres of which is in a public road, leaving 147.71 acres not encroached upon.

**TRACT THREE**
**Parcel One:**

Plat and field notes of a tract of land lying in the City of San Saba, County of San Saba, State of Texas containing 1.74 acres out of the O. Wilcox Survey #38, Abstract #1396. Said 1.74 acre tract of land is also a part of that land known as the San Saba Industrial Park as described in a deed from the San Saba Industrial Foundation, Inc. to the City of San Saba recorded in Volume 187, Page 368 of the San Saba County Deed Records.

BEGINNING at a 1/2" iron pin (found) for the northeast corner of a 2.00 acre tract of land as described in Volume 218, Page 105; said iron pin being 60.0 feet S 00°24' E of and 306.52 feet N 89°55" E of the northwest corner of said Industrial Park;

THENCE S 00°24' E 353.41 feet along the east line of said 2.00 acre tract to a 1/2" iron pin (found) for the southeast corner of said 2.00 acre tract, the same being the northeast corner of another 2.00 acre tract described in Volume 207, Page 443 and the northwest corner of a 1.93 acre tract described in Volume Volume 219, Page 31 of said county deed records;

THENCE N 89°55' E 213.90 feet along the north line of said 1.93 acre tract to a 1/2" iron pin (found) in the west line of a gravel street, 15.0 feet east of a pipe fence, for the northeast corner of said 1.93 acre tract;

THENCE N 00°24' W 353.41 feet along the west line of said gravel street to a 1/2" iron pin (set) in the south line of another street (unopened), 11.9 feet east of said pipe fence, for the northeast corner of this 1.74 acre tract;

THENCE S 89°55' W 213.90 feet along the south line of said unopened street to place of beginning.

**TRACT THREE,**
**Parcel Two:**

Plat and field notes of a tract of land lying in the City of San Saba, County of San Saba, State of Texas containing 1.93 acres out of the O. Wilcox Survey #38, Abstract #1396. Said 1.93 acre tract of land is also a part of that land known as the San Saba Industrial Park as described in a deed from the San Saba Industrial Foundation, Inc. to the City of San Saba recorded in Volume 187, Page 368 of the San Saba County Deed Records.

BEGINNING at a 1/2" iron pin (found) in the north line of Pierce Street for the southwest corner of this 1.93 acre tract and the southeast corner of a 2.00 acre tract recorded in Volume 190, Page 661, and being 734.97 feet N 00°24' E of and 311.40 feet S 80°14' E of the northwest corner of said Industrial Park;

THENCE N 00°24'00" W 374.82 feet along the east line of said 2.00 acre tract to a 1/2" iron pin (found) for the northeast corner of said 2.00 acre tract;

THENCE N 89°55'00" E 213.90 feet to a 1/2" iron pin (set) in the west line of a future 50 foot street for the northeast corner of this 1.93 acre tract;

THENCE S 00°24'00" E 411.99 feet along the west line of said future street to a 1/2" iron pin (set) in the north line of said Pierce Street;

THENCE N 80°14'00" W 217.31 feet along the north line of said Pierce Street to place of beginning and containing 1.93 acres;

**TRACT THREE,**
**Parcel Three:**

Field notes of a tract of land lying in the City of San Saba, County of San Saba, State of Texas, containing 2.00 acres out of the O. Wilcox Survey #38, Abstract #1396. Said tract is a part of a larger tract of land known as the San Saba Industrial Park described in a deed from William Pat Murray and wife to the San Saba Industrial Foundation, Inc., recorded in Volume 167, Page 241 of the San Saba County Deed Records. Survey was made for the San Saba Industrial Foundation.

BEGINNING at a 1/2" iron pin (set) at the intersection of the east line of an unopened street, 60 feet in width, with the south line of another unopened future street, 60 feet in width, for the northwest corner of this tract. Said beginning corner lies 60.42 feet East of and 59.91 feet South of the northwest corner of the San Saba Industrial Park.

THENCE N 89° 55' E 246.52 feet along the south line of said future street to a 1/2" iron pin (set) for the northeast corner of this tract.

THENCE departing said future street S 00° 24' E 353.41 feet to a 1/2" iron pin (set) for the southeast corner of this tract.

THENCE S 89° 55' W 246.52 feet to a 1/2" iron pin (set) in the east line of said unopened street, 60 feet in width, for the southwest corner of this tract.

THENCE N 00° 24' W 353.41 feet along said east line of unopened street to place of beginning and containing 2.00 acres of land according to my survey and calculations.

**TRACT THREE,**
**Parcel Four:**

Field notes of a tract of land lying in the City of San Saba, County of San Saba, State of Texas, containing 2.00 acres out of the O. Wilcox Survey #38, Abstract #1396. Said tract is a part of a larger tract of land known as the San Saba Industrial Park described in a deed from William Pat Murray and wife to the San Saba Industrial Foundation, Inc., recorded in Volume 167, Page 241 of the San Saba County Deed Records. Survey was made for the San Saba Industrial Foundation.

BEGINNING at a 1/2" iron pin (set) in the east line of a strip of land, 60 feet wide, reserved for a future street. Said pin, being the northwest corner of this tract, lies 60.42 feet East of and 413.32 feet South of the northwest corner of the San Saba Industrial Park.

THENCE N 89° 55' E 246.52 feet to a 1/2" iron pin (set) for the northeast corner of this tract.

THENCE S 00° 24' E 374.82 feet to a 1/2" iron pin (set) in the north line of Pierce Street for the southeast corner of this tract.

THENCE N 80° 14' W 250.45 feet along the north line of Pierce Street to a 1/2" iron pin (set) for the southwest corner of this tract.

THENCE N 00° 24' W 331.99 feet, parallel with and 60 feet easterly of the west line of the San Saba Industrial Park, to place of beginning.

Celtic/Jacobs
Williamson County

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

**Foreclosure Sale Deed**

Date:   December 4, 2012

Deed of Trust ("Deed of Trust")

    Date:  March 27, 2009

    Grantor(s):  Jacobs & Son Enterprises, Inc., Tony L. Jacobs and Janie S. Jacobs

    Original Beneficiary:  Celtic Bank Corporation

    Current Beneficiary:   Celtic Bank Corporation

    Trustee:  Celtic Bank Corporation

    Substitute Trustee:  Martin J. Lehman, Alan S. Leibel, Christopher J. Parvin, Robert D. Hemphill, Juanita Cox, Jimmy Brewer, Jason Brewer, Bob Lee, Janae Urbanczyk, Juanita Strickland, Anna Stewart, Steven Simmons or any of them acting alone.

    Recording information:  San Saba County, Texas; Volume 308, Page 744
                              Williamson County, Texas; Document No. 2009022364

    Property:   Lot 1, Replat of Lots 14 – 18, R. E. Newsom Mobile Home Subdivision, a subdivision in Williamson County, Texas according to the plat thereof recorded in Cabinet L, Slide 341, Plat Records, Williamson County, Texas

Note Secured by Deed of Trust ("Note")

    Date:  March 27, 2009

    Maker(s):  Jacobs & Son Enterprises, Inc.

    Original Principal Amount: $1,726,000.00

    Original Payee:  Celtic Bank Corporation

Current Holder: Celtic Bank Corporation

Date of Sale of Property (first Tuesday of month): Tuesday, December 4, 2012

Buyer: Celtic Bank Corporation

Buyer's Mailing Address: Celtic Bank Corporation, Attn: Bradley Bybee, 268 South State Street, Suite 300, Salt Lake City, Utah 84111

Amount of Sale: $927,000.00

    The Note either matured by its terms, or the maturity of the Note was accelerated following any applicable notices. All applicable notices concerning the Note and the foreclosure sale were given as required by applicable law.

    Written notice of the foreclosure sale was posted at the courthouse door of the county in which the Property is situated, and a copy of the notice was also filed with the Court Clerk of the county in which the property is situated. Each notice has been posted and filed for at least 21 days preceding the date of the foreclosure sale. The sale was conducted at the time and place as provided by applicable law.

    In consideration of the premises and of the bid and payment of the amount of $927,000.00 the highest bid by Buyer, Substitute Trustee, by virtue of the authority conferred in the Deed of Trust, has granted, sold, and conveyed all of the Property to Buyer and Buyer's heirs and assigns, to have and to hold the Property, together with the rights, privileges, and appurtenances thereto belonging unto Buyer and Buyer's heirs and assigns forever.

    Substitute Trustee does hereby bind Grantors and Grantors' heirs and assigns to warrant and forever defend the Property to Buyer and Buyer's heirs and assigns forever, against the claim or claims of all persons claiming the same or any part thereof.

Executed on December 6, 2012

_____
Martin J. Lehman
Substitute Trustee

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Martin J. Lehman, as Substitute Trustee, known to me to be the person whose name is subscribed to the foregoing instrument, and who acknowledged to me that Substitute Trustee executed the same for the purposes and consideration therein expressed and in the capacity therein stated.

Given under my hand and seal of office this 6th day of December, 2012.



*Barbara Mack*

Notary Public, State of Texas

PREPARED IN THE OFFICE OF AND AFTER RECORDING RETURN TO:
Palmer & Manuel, LLP
8350 North Central Expressway; Suite 1111
Dallas, Texas 75206