## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **CELTIC BANK CORP.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 1:13-cv-0040-SS** |
| | § | |
| **TONY L. JACOBS, JR., and** | § | |
| **JACOBS STONE PRODS., INC.** | § | |
| | § | |
| **Defendants.** | § | |

### JOINT MOTION TO DISMISS WITH PREJUDICE IN LIGHT OF PARTIES' SETTLEMENT

On April 14, 2014, the Parties completed their long awaited sale of the property at issue in this action, and have fully and finally settled this action by agreement executed on April 28, 2014. The Parties therefore ask that the Court dismiss with prejudice any and all claims pending between them.

Date: April 28, 2014                           Respectfully submitted,


/s/ Joshua J. Bennett                           /s/ Richard H. Anton
E. Leon Carter                                  RICHARD H. ANTON
Texas State Bar No. 03914300                    State Bar No. 01274800
lcarter@carterstafford.com                      richardanton@alumni.utexas.net
Joshua J. Bennett                               Law Office of RICHARD H. ANTON,
Texas State Bar No. 24059444                    A Professional Corporation
jbennett@carterstafford.com                     P.O. Box 26797
CARTER SCHOLER ARNETT                           Austin, Texas 78755-0797
HAMADA & MOCKLER, PLLC                          Telephone No. (512) 343-0112
8150 N. Central Expy, Ste. 1950                 Telecopier No. (512) 343-8410
Dallas, Texas 75206
214-550-8188 - Telephone                        **ATTORNEY FOR DEFENDANTS**
214-550-8185 - Facsimile

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 28, 2014, a true and correct copy of the foregoing motion was served on all counsel of record through the Court's electronic filing system.

/s/ *Joshua J. Bennett*
Joshua J. Bennett