IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CELTIC BANK CORP.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:13-cv-0040-SS |
| | § | |
| **TONY L. JACOBS, JR., and** | § | |
| **JACOBS STONE PRODS., INC.** | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE IN LIGHT OF PARTIES' SETTLEMENT

The Parties' Joint Motion to Dismiss with Prejudice in Light of Parties' Settlement is GRANTED. All claims between the Parties are dismissed with prejudice.

Date:_____

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE