# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 13-50380

1:13 cv 040

**FILED**
MAY 0 7 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

CELTIC BANK CORPORATION,

    Plaintiff - Appellant

v.

TONY L. JACOBS, JR.; JACOBS STONE PRODUCTS, INCORPORATED,

    Defendants - Appellees

---

Appeal from the United States District Court for the
Western District of Texas, Austin

---

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of April 28, 2014, pursuant to the joint motion of the parties.

                  LYLE W. CAYCE
                  Clerk of the United States Court
                  of Appeals for the Fifth Circuit

                  By: _____
                  Claudia N. Farrington, Deputy Clerk

              ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED
MAY 7 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

April 28, 2014

Mr. William Putnicki
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 13-50380    Celtic Bank Corporation v. Tony Jacobs, Jr., et al
                         USDC No. 1:13-CV-40

Dear Mr. Putnicki,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Claudia N. Farrington, Deputy Clerk
                              504-310-7706

cc w/encl:
    Mr. Richard Henry Anton
    Mr. James Robert Arnett II
    Mr. Joshua J. Bennett