

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 11, 2014

Mr. William Putnicki  
Western District of Texas, Austin  
United States District Court  
501 W. 5th Street  
Austin, TX 78701-0000

    No. 13-50380    Celtic Bank Corporation v. Tony Jacobs, Jr., et al  
                       USDC No. 1:13-CV-40

Dear Mr. Putnicki,

The following is returned: 1 box hearing exhibits. Case was dismissed April 28, 2014.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Claudia N. Farrington, Deputy Clerk  
504-310-7706